IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Christopher Zimmerman

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Diesel Laptops, LLC

_____

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. 3:25-cv-11127-MGL-SVH

*(to be filled in by the Clerk's Office)*

Jury Trial:   x Yes    ☐ No
                *(check one)*

RCVD - USDC COLA SC
AUG 18 '25 AM9:26

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

       Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

       | | |
       |---|---|
       | Name | Christopher Zimmerman |
       | Street Address | 300 Quiet Creek Road |
       | City and County | Blythewood  Richland County |
       | State and Zip Code | SC 29016 |
       | Telephone Number | 843 330-9789 |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Diesel Laptops, LLC |
| Job or Title (if known) | |
| Street Address | 7440 Broad River Road |
| City and County | Irmo, Richland County |
| State and Zip Code | SC 29063 |
| Telephone Number | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |

2

|  | Street Address | |
|---|---|---|
|  | City and County | |
|  | State and Zip Code | |
|  | Telephone Number | |

**C.     Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

|  | Name | Diesel Laptops, LLC |
|---|---|---|
|  | Street Address | 7440 Broad River Road |
|  | City and County | Irmo, Richland County |
|  | State and Zip Code | SC 29063 |
|  | Telephone Number | |

**II.     Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

> x     Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
>
> *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*
>
> ☐     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.
>
> *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*
>
> ☐     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.
>
> *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

|   |   |
|---|---|
| x | Other federal law *(specify the federal law)*: |
|   | 42 USC Section 1983 |
| ☐ | Relevant state law *(specify, if known)*: |
|   | |
| ☐ | Relevant city or county law *(specify, if known)*: |
|   | |

**III.   Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

  ☐   Failure to hire me.
  x   Termination of my employment.
  ☐   Failure to promote me.
  ☐   Failure to accommodate my disability.
  ☐   Unequal terms and conditions of my employment.
  x   Retaliation.
  ☐   Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

April 9, 2023 to August 21, 2023

4

C. I believe that defendant(s) *(check one)*:

    x    is/are still committing these acts against me.

    ☐    is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

    x    race _____
    x    color_____
    ☐    gender/sex _____
    ☐    religion _____
    ☐    national origin _____
    ☐    age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
    ☐    disability or perceived disability *(specify disability)* _____

E. The facts of my case are as follows. Attach additional pages if needed.

I began my employment with Diesel Laptops, LLC on March 7, 2021. I have performed at an above standard level demonstrated by my performance evaluations and work record without any counseling or discipline. I reported inappropriate racial comments to Tyler Robertson, CEO, in April 2022 and Mr. Robertson failed to demonstrate that actions were taken to ensure a work environment without racial harassment. I had the renewal team removed from me in April 2023 and assigned to Vanessa Aten who is less qualified than me. I was excluded from a sales meeting in July 2023. I was treated less favorably than my White coworkers as management refused to enforce policy with Micah Helms who made negative comments about my department and me. On August 14, 2023 I submitted a grievance about the racial discrimination and also applied for Short Term Disability for medical reasons. My employment was discharged on Monday, August 21, 2023. The reason given for the discharge was poor performance.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

5

IV.  **Exhaustion of Federal Administrative Remedies**

    A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

    September 1, 2023 (See Exhibit A)

    B.    The Equal Employment Opportunity Commission *(check one)*:

        ☐    has not issued a Notice of Right to Sue letter.

        x    issued a Notice of Right to Sue letter, which I received on *(date)* May 19, 2025 (See Exhibit B).

    *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

    C.    Only litigants alleging age discrimination must answer this question.

    Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

        ☐    60 days or more have elapsed.

        ☐    less than 60 days have elapsed.

V.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I hereby demand that I be awarded all damages incurred to date plus future damages as well as cost and fees.

VI.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an

improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/18, 2025.

Signature of Plaintiff  *[signature]*
Printed Name of Plaintiff   Christopher Zimmerman

B.   **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney        _____
Printed Name of Attorney     _____
Bar Number                   _____
Name of Law Firm             _____
Address                      _____
Telephone Number             _____
E-mail Address               _____

7